UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CAUSE NO. 2:21-mj-26 |
|  | ) |  |
| SHANE M. MEEHAN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Premeditated Murder of a Federal Agent 18 U.S.C. § 1114 | Up to Life | $250,000 | NMT 5 years |

Dated: _____  _____
SHANE M. MEEHAN
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____

United States Magistrate Judge
Southern District of Indiana