**FILED**

**07/08/2021**

**U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 2:21-mj-26 |
| | ) | |
| SHANE M. MEEHAN, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

Comes now, John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Kathryn E. Olivier, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: /s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney