UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 2:21-mj-26-CMM |
| SHANE M. MEEHAN, | ) | |
| Defendant. | ) | |

## **MOTION TO CORRECT SCRIVENER'S ERROR**

The United States of America, by counsel, John E. Childress, Acting United States Attorney, and Kathryn E. Olivier, Assistant United States Attorney, hereby moves the Court to correct the text of paragraph 2 of the affidavit in support of the Criminal Complaint (Docket No. 1). In support thereof, the Government states:

1. On July 8, 2021, a Criminal Complaint was filed charging the defendant, Shane M. Meehan, with Premeditated Murder of a Federal Agent, in violation of 18 U.S.C. § 1114. (Docket No. 1.)

2. Paragraph 2 of the affidavit in support of the Criminal Complaint currently states: "The following information is based on my personal knowledge, training, and experience, as well as information provided to me by other law enforcement personnel. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant charging SHANE MEEHAN, DOB: XX-XX-1976 (known to me but redacted), SSN: XXX-XX-2089 (known to me but redacted) ('MEEHAN'), with *Premediated* Murder of a Federal Officer, in violation of 18 U.S.C. § 1114, it does not purport to set forth all of my knowledge about this matter." (Docket No. 1 ¶ 2 (emphasis added).) The use of the word "premediated" in paragraph 2, instead of the word "premeditated," was an inadvertent scrivener's error.

3.      The Government, therefore, requests that the word "premediated" be removed and replaced with the word "premeditated."  Paragraph 2 of the affidavit should state:  "The following information is based on my personal knowledge, training, and experience, as well as information provided to me by other law enforcement personnel.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant charging SHANE MEEHAN, DOB:  XX-XX-1976 (known to me but redacted), SSN:  XXX-XX-2089 (known to me but redacted) ('MEEHAN'), with Premeditated Murder of a Federal Officer, in violation of 18 U.S.C. § 1114, it does not purport to set forth all of my knowledge about this matter."

4.      Attached as Exhibit 1 to this motion is a proposed corrected Criminal Complaint reflecting the correction described above.

WHEREFORE, the United States respectfully requests that the Court grant this motion and order that the proposed corrected Criminal Complaint attached hereto as Exhibit 1 be publicly filed and serve as the operative charging instrument in this cause, and for all other just and proper relief.

                                         Respectfully submitted,

                                         JOHN E. CHILDRESS
                                         Acting United States Attorney

                   By:    /s/ Kathryn E. Olivier
                          Kathryn E. Olivier
                          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Kathryn.Olivier@usdoj.gov