UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | )    2:21-mj-00026-CMM |
| vs. | ) |
| | ) |
| SHANE M. MEEHAN, | ) |
|     Defendant. | ) |

**MINUTE FOR JULY 9, 2021**
**HONORABLE CRAIG M. McKEE, MAGISTRATE JUDGE**

    This matter is before the Court on a Criminal Complaint filed on July 8, 2021. Parties appear for an initial hearing at Regional Hospital located at 3901 S 7th St, Terre Haute, Indiana.

    Government represented by AUSA, Barry Glickman and AUSA, Kathryn Olivier. Defendant appears in person and with FCD counsel, Gwendolyn Beitz and Joseph Cleary. Defendant is unable to complete a financial affidavit at this time. The Court makes a preliminary decision to appoint FCD to represent Defendant Meehan.

    The defendant is advised of his rights, nature of the charges, and possible penalties.

    The defendant was not fully capable to participate in the hearing due to his physical discomfort and the administration of pain medication.

    Defense counsel is directed to file a status report every Friday, at the close of business, updating the Court as to Defendant Meehan's readiness to appear in court and to fully participate in future proceedings. The initial hearing is RECESSED at this time.

    The Government moved for detention; the Court GRANTS the motion. The defendant is remanded to the custody of the US Marshal pending further proceedings before the Court.

Dated: July 9, 2021

                                                  CRAIG M. McKEE, Magistrate Judge
                                                  United States District Court
                                                  Southern District of Indiana

Distribution to:
Counsel of Record
USMS