# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Shane M. Meehan<br><br>_Defendant_ | )<br>)   Case No.   2:21-mj-26<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Shane M. Meehan                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Premeditated Murder of a Federal Agent, in violation of 18 U.S.C. § 1114.

Date:   07/08/2021

_Doris L. Pryor_
United States Magistrate Judge
Southern District of Indiana

City and state:   Indianapolis, IN

---

**Return**

This warrant was received on _(date)_   7/9/21   , and the person was arrested on _(date)_   7/9/21
at _(city and state)_   Terre Haute, IN   .

Date:   7/9/21

_Arresting officer's signature_

Gregg Thiel  SDUSM
_Printed name and title_