UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|         Plaintiff,     ) | |
| ) | |
|    v.     ) | 2:21-mj-00026-CMM-1 |
| ) | |
| SHANE M. MEEHAN,     ) | |
|         Defendant.     ) | |

### DEFENDANT'S STATUS REPORT

Comes now, defendant, Shane Meehan, by counsel, and files this Status Report.

1. On July 8, 2021, Meehan was charged with Premeditated Murder of a Federal Agent [Doc. 10].

2. On July 9, 2021 an Initial Hearing was attempted in Meehan's ICU hospital room. That initial hearing could not be completed due to Meehan's condition. [Doc. 11].

3. This Court has ordered defense counsel to file a Status Report every Friday regarding Meehan's readiness to appear in Court and to fully participate in future proceedings. [Doc. 11].

4. Undersigned counsel Beitz and Cleary met with Meehan on July 13, 2021 in his hospital room for nearly an hour. Mr. Meehan was in considerable pain, having difficulty breathing and was still receiving narcotic pain medication every four hours for his injuries.

5. Counsel attempted to inform Meehan of the complaint and the charge against him, but it was not clear to counsel how much of the information Meehan was able to understand. Although counsel had spent nearly two hours with

Meehan prior to the July 9, 2021 hearing, he had no recollection of meeting with counsel, could not recall counsel's names, and had no memory of the Initial Hearing.  Further, it appeared to counsel that Meehan was unaware that he had been shot and that that was the cause of his injuries.

6. On July 15, 2021, Mr. Meehan was transferred from hospital care to a jail.

7. Undersigned counsel Foster and Beitz attempted a video call with Meehan from his place of incarceration on July 16, 2021.  Meehan was in considerable pain.  His breathing was shallow and labored.  Counsel concluded the call after approximately five minutes when it became clear that Meehan was unable to productively engage with counsel.

8. Meehan is currently not able to discuss the charge brought against him with undersigned counsel.

9. Counsel does not believe that Meehan is currently medically able to appear in court and to fully participate in these proceedings.  Counsel will continue to update the Court as has been directed.

    Respectfully submitted,

/s/  Monica Foster
Monica Foster
Chief Federal Defender

/s/  Gwendolyn M. Beitz
Gwendolyn M. Beitz

/s/  Joseph M. Cleary
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## **CERTIFICATE OF SERVICE**

      I certify that on July 16, 2021, a copy of the foregoing Status Report was filed electronically.  Notice of this filing will be sent to the following parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            <u>Gwendolyn M. Beitz</u>
                                            Gwendolyn M. Beitz