**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　)　2:21-mj-00026-CMM-1<br>　　　　　　　　　　　　　　　　)<br>SHANE M. MEEHAN, 　　　　　　 )<br>　　　　Defendant. 　　　　　　　) | |

**DEFENDANT'S SECOND STATUS REPORT**

　　Comes now, defendant, Shane Meehan, by counsel, and files this Status Report.

1. On July 8, 2021, Meehan was charged with Premeditated Murder of a Federal Agent [Doc. 10].

2. On July 9, 2021 an Initial Hearing was attempted in Meehan's ICU hospital room.  That initial hearing could not be completed due to Meehan's condition. [Doc. 11].

3. This Court has ordered defense counsel to file a Status Report every Friday regarding Meehan's readiness to appear in Court and to fully participate in future proceedings.  [Doc. 11].  Undersigned counsel filed a status report last week indicating their belief that Mr. Meehan was not able to appear in court and to fully participate in future proceedings.

4. As indicated in the previous status report Mr. Meehan has since been transported from the hospital to a county jail.  One or more of undersigned counsel have spoken by phone or video with Mr. Meehan on July 19th, 20th, 21st and 22nd of 2021. Mr. Meehan is still experiencing fluctuating degrees of pain, sometimes severe, and continues to receive narcotic pain medication for

    his injuries. Additionally, Mr. Meehan continues to exhibit labored breathing as well as dizziness and nausea when standing or sitting up right.

5. While Mr. Meehan's physical condition is improving, he continues to experience both long-term and short-term memory loss. Undersigned counsel believe that Mr. Meehan could fully participate in an initial hearing by video teleconference next week. Counsel do not believe it would be helpful to Mr. Meehan's continued healing to attempt to transport him for court at this point. At times he experiences considerable pain and is suffering from other symptoms that become debilitating when he is standing or sitting upright for any length of time. The facility where Mr. Meehan is being held has the capability to conduct this hearing by video teleconference. If Mr. Meehan's condition continues to improve at the same rate, undersigned counsel believes he would be able to fully participate in an in-person court hearing the week of August 2nd, 2021.

                              Respectfully submitted,

                              /s/  Monica Foster
                              Monica Foster
                              Chief Federal Defender

                              /s/  Gwendolyn M. Beitz
                              Gwendolyn M. Beitz

                              /s/  Joseph M. Cleary
                              Joseph M. Cleary
                              Indiana Federal Community Defenders, Inc.
                              111 Monument Circle, Suite 3200
                              Indianapolis, IN 46204
                              317-383-3520

## **CERTIFICATE OF SERVICE**

      I certify that on July 23, 2021, a copy of the foregoing Status Report was filed electronically. Notice of this filing will be sent to the following parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    <u>Gwendolyn M. Beitz</u>
                                                    Gwendolyn M. Beitz