**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:21-mj-00026-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | |
|     Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE INITIAL HEARING

This matter is before the Court upon Defendant's Motion to Continue the August 4, 2021 initial hearing presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that the August 4, 2021, initial hearing is vacated, and that the hearing in this cause be rescheduled to commence on August 13, 2021 at 1:30 p.m., Room 131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana

Dated: July 29, 2021

_____
CRAIG M. MCKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification