## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   2:21-mj-00026-CMM<br>)<br>) |
| SHANE M. MEEHAN,<br>    Defendant. | )<br>) |

## **ENTRY**

The Court, having scheduled this matter for an initial appearance at 1:30 p.m. Friday, August 13, 2021, now suspends its prior directive requiring weekly reports on the defendant's health status.

Dated: July 29, 2021

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution to:
Counsel of Record