UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:21-mj-26-CMM |
| ) | |
| SHANE M. MEEHAN, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES OF AMERICA'S MOTION FOR PRETRIAL DETENTION

The United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and William L. McCoskey, Lindsay M. Karwoski, and Kathryn E. Olivier, Assistant United States Attorneys, in accordance with 18 U.S.C. § 3142(f), respectfully moves the Court to enter an order detaining the defendant, Shane M. Meehan (the "Defendant"), pending grand jury action in this case.   In support of its motion, the United States states:

1.  On July 8, 2021, the Defendant was charged by criminal complaint with Premeditated Murder of a Federal Agent, in violation of 18 U.S.C. § 1114.   (Docket No. 1.)

2.  As set forth in the criminal complaint, the Defendant has been charged with a crime of violence, an offense for which the maximum sentence is life imprisonment, and a felony that involves the use of a firearm.   18 U.S.C. § 3142(f)(1)(A), (B), & (E).

3.  Based on the nature of the charge, if the Court finds that the charge is supported by probable cause, it is statutorily presumed (subject to rebuttal) that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.   18 U.S.C. § 3142(e)(3).

4.     The United States, therefore, respectfully requests an order detaining the Defendant pending grand jury action in this cause, and respectfully requests the opportunity to present other evidence, if necessary, at any detention hearing in this matter.

5.     Pursuant to 18 U.S.C. § 3142(f), the United States respectfully requests that any hearing set on this motion be continued for 3 days from the Defendant's initial appearance, unless a longer period is requested by the Defendant in accordance with § 3142(f), and that the Defendant be detained during the period of continuance.

WHEREFORE, the United States of America requests that the Court grant this motion and order all other just and proper relief.

                                      Respectfully submitted,

                                      JOHN E. CHILDRESS
                                      Acting United States Attorney

By:   /s/ Kathryn E. Olivier
        William L. McCoskey
        Lindsay M. Karwoski
        Kathryn E. Olivier
        Assistant United States Attorneys

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2021, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By:    /s/ Kathryn E. Olivier
                                                           Kathryn Olivier
                                                           Assistant United States Attorney