## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>          Plaintiff,       )<br>                              )<br>vs.                          )<br>                              )<br>SHANE M. MEEHAN,              )<br>          Defendant.          ) | 2:21-mj-00026-CMM |

## MINUTE FOR AUGUST 13, 2021
## HONORABLE CRAIG M. McKEE, MAGISTRATE JUDGE

The previously scheduled initial hearing was held on July 9, 2021 but was not completed at that time. This matter is reconvening before the Court on a Criminal Complaint filed on July 8, 2021.

Government represented by AUSA, William McCoskey and AUSA, Kathryn Olivier. Defendant appears in person and with FCD counsel, Monica Foster, Gwendolyn Beitz and Joseph Cleary. The Court previously appointed FCD to represent Defendant Meehan. The Court directs Defendant to complete and file a financial affidavit.

Defendant waives reading of the Complaint; therefore, the nature of the charge was summarized for the record. The defendant is advised of his rights, charge, and possible penalties. Counsel asked to defer both a preliminary hearing and a detention hearing. The Government did not object. Both the defendant and Government waived applicable deadlines for a detention hearing. Counsel will confer and present the Court with available dates.

Pursuant to Federal Rule of Criminal Procedure 5(f), the court, with defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Favorable evidence under Brady need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions including but not limited to adverse jury instructions, dismissal of charges, and contempt proceedings.

The court ORDERS that the defendant be delivered to the custody of the U.S. Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The court further ORDERS that the defendant be afforded a reasonable opportunity for private consultation with legal counsel. Upon an order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding.

The defendant is remanded to the custody of the US Marshal pending further proceedings before the Court.

Dated: August 13, 2021

_____
CRAIG M. MCKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution to:
Counsel of Record