UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>SHANE MEEHAN, )<br>)<br>    *Defendant*. ) | Cause No. 2:21-mj-26-CMM |

**ORDER**

    This matter is before the Court on the parties' Joint Motion to Extend Time to File Indictment.

    Having reviewed the Motion, the Court FINDS that a 60-day enlargement of time to obtain an indictment or file an information in this matter is appropriate.   This enlargement of time is warranted for the reasons stated in the motion and is, therefore, excludable pursuant to Title 18, United States Code, Section 3161(h).

    The Court FINDS that this period of delay is warranted and results from the fact that: (1) the parties have had only a brief amount of time available for preparation; (2) the nature of the case and the potential charges that the Defendant is facing render this case both sensitive and complex; and (3) a 60-day enlargement of time will permit the parties to complete their investigations and prepare this case.

    For those reasons, the Court FINDS that the ends of justice will be served by granting this continuance and outweigh the best interests of public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED that the deadline for the Government to return an indictment or file an information in this case is extended from October 5, 2021 to December 4, 2021. It is further ordered that the period of delay from the granting of this Motion shall be excluded from the Speedy Trial Act computation.

DATE: 9/24/2021

Hon. Craig M. McKee
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.