UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 2:21-mj-00026-CMM |
| SHANE M. MEEHAN, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF NON-REDACTION OF TRANSCRIPT

Comes now the United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and William L. McCoskey, Assistant United States Attorney, and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, hereby notifies the Court that pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, it has reviewed the transcript of the Initial Hearing as to Shane M. Meehan, held on August 13, 2021 (Docket No. 29). The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: *s/William L. McCoskey*
William L. McCoskey
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

    I certify that on September 30, 2021, a copy of the foregoing was filed electronically. Any parties appearing in this case may access this filing through the Court's system.

        By:    *s/William L. McCoskey*
                William L. McCoskey
                Assistant United States Attorney
                United States Attorney's Office
                Southern District of Indiana
                10 W. Market St., Suite 2100
                Indianapolis, Indiana 46204
                (317) 226-6333
                (317) 226-6125 [Fax]
                William.mccoskey@usdoj.gov